IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**RANSOM PARRIS,**

    **Plaintiff,**

v.                                **CIVIL ACTION NO. 1:07cv23**
                                      **(Judge Keeley)**

**CARRIE NUZUM,**
**SHERRI DAVIS,**
**TERESA CURRIE**

    **Defendants.**

## ORDER AFFIRMING REPORT AND RECOMMENDATIONS

This case was transferred from the United States District Court for the Southern District of West Virginia on February 20, 2007. On April 16, 2007, this Court received a letter from the plaintiff in which he states that he would like to "drop this suit." Plaintiff's letter was construed as a motion to dismiss and was docketed accordingly.

On May 3, 2007, United States Magistrate Judge James E. Seibert entered a Report and Recommendation ("R&R") recommending that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff's motion to dismiss (doc. no. 9) be granted and that this case be dismissed without prejudice. Judge Seibert also recommended that plaintiff's motion for leave to proceed in forma pauperis (doc. no. 8) be denied as moot.

The plaintiff was informed that he had ten (10) days to file written objections to this R&R. The plaintiff did not file any objections.

**PARRIS V. NUZUM ET AL**                                              **1:07CV23**

## ORDER AFFIRMING REPORT AND RECOMMENDATIONS

Therefore, this Court **ADOPTS** the Report and Recommendation in its entirety, **GRANTS** plaintiff's motion to dismiss (doc. no. 9), **DISMISSES** this case **WITHOUT PREJUDICE**, **DENIES AS MOOT** plaintiff's motion for leave to proceed in forma pauperis (doc. no. 8), and directs the clerk to **STRIKE** this case from this Court docket.

The Clerk is directed to mail a copy of this Order to the *pro se* plaintiff, certified mail, return receipt requested, and any counsel of record.

DATED:   September 27, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE